# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Andre Grace,

        Plaintiff(s),               JUDGMENT IN A CIVIL CASE

vs.                                      3:07-cv-212

United States of America

        Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 24, 2007 Order.

**Signed: May 24, 2007**

_Frank G. Johns_

Frank G. Johns, Clerk
United States District Court